**IN THE SUPREME COURT OF PENNSYLVANIA
MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 722 MAL 2018

                 Respondent         :

                                     :     Petition for Allowance of Appeal from

                                   :     the Order of the Superior Court

            v.                 :

                                     :

KEISHA SHANTE MOORE,          :

                 Petitioner          :

**ORDER**

**PER CURIAM**

     **AND NOW**, this 1st day of April, 2019, the Petition for Allowance of Appeal is **DENIED**.